**Electronically Filed
Supreme Court
SCWC-16-0000388
02-OCT-2018
12:04 PM**

SCWC-16-0000388

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

BUCKY K. INENAGA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000388; CASE NO. 1DTA-15-04090)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Bucky K. Inenaga's

application for writ of certiorari filed on August 23, 2018, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 2, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

